**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| MARIA SERRANO, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civ. No. 15-cv-0276 (KBJ) |
| | ) | |
| CHICKEN-OUT INC., *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [31] Motion for Default Judgment is **GRANTED** and

judgment is **ENTERED** in this matter in favor of Maria Serrano, and against defendants

Chicken-Out, Inc. and Chicken Out the Door Inc., in the amount of **$7,811.80**, plus

post-judgment interest as provided in 28 U.S.C. § 1961, to account for:

(1) $5,628.00 in unpaid wages, overtime compensation, and liquidated damages;

(2)  $1,609.30 in attorney's fees; and

(3) $574.50 in costs.

This is a final, appealable Order.  *See* Fed. R. App. P. 4(a).

DATE:  July 22, 2016

*Ketanji Brown Jackson*

KETANJI BROWN JACKSON
United States District Judge